COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
THEODORE J. PINTAR (131372)
COTY R. MILLER (255703)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
johns@csgrr.com
tedp@csgrr.com
cmiller@csgrr.com

RODDY KLEIN & RYAN
GARY KLEIN
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: 617/357-5500
617/357-5030 (fax)
klein@roddykleinryan.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALFREDO B. PAYARES, ZINNIA GONZALEZ and GREGORY WALKER,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CHASE BANK USA, N.A., and J.P. MORGAN CHASE BANK, N.A.<br><br>            Defendants. | No. CV-07-05540-AG(ANx)<br><br>CLASS ACTION<br><br>NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date: April 26, 2010<br>Time: 10:00 a.m.<br>Ctrm: 10D |

258148_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on April 26, 2010 at 10:00 a.m. or as soon
3  thereafter as possible, plaintiffs Alfredo B. Payares, Zinnia Gonzalez, and Gregory
4  Walker ("plaintiffs") will and hereby do move this Court for an order that: (1) certifies
5  the proposed Settlement Class for settlement purposes; (2) designates plaintiffs as
6  representatives of the Settlement Class; (3) appoints Class Counsel as counsel for the
7  Settlement Class; (4) grants preliminary approval of the proposed Settlement;
8  (5) approves the Notice Program and directs the dissemination of Class Notice in the
9  form and manner proposed; and (6) schedules a Fairness Hearing at which the Court
10 will consider plaintiffs' motion for final approval of the Settlement and entry of a
11 Final Judgment and Order Approving Settlement, as well as plaintiffs' unopposed
12 application for an award of attorneys' fees and expenses.  This motion is based upon
13 the Settlement Agreement, dated March 9, 2010, and the exhibits annexed thereto, the
14 Memorandum in Support of Unopposed Motion for Preliminary Approval of Class
15 Action Settlement, filed concurrently herewith, and such other written or oral
16 argument as may be presented to the Court.

17 This unopposed motion is made on the grounds that: (1) the proposed
18 Settlement Class meets all the requirements for certification of a settlement class; (2)
19 the proposed settlement is fair, reasonable and adequate and the product of extensive
20 arms-length negotiations before Judge Edward A. Infante (Ret.) of JAMS; and (3) the
21 proposed Notice Program satisfies all of the requirements of the Federal Rules of Civil
22 Procedure.

23 DATED:  March 9, 2010              COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
24                                    JOHN J. STOIA, JR.
                                      THEODORE J. PINTAR
25                                    COTY R. MILLER

26

27                                           s/ Theodore J. Pintar
                                         THEODORE J. PINTAR
28

- 1 -

258148_1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

RODDY KLEIN & RYAN
GARY KLEIN
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: 617/357-5500
617/357-5030 (fax)

BONNETT, FAIRBOURN,
  FRIEDMAN & BALINT, P.C.
ANDREW S. FRIEDMAN
WENDY J. HARRISON
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

CHAVEZ & GERTLER, L.L.P.
MARK A. CHAVEZ
JONATHAN GERTLER
NANCE F. BECKER
42 Miller Avenue
Mill Valley, CA 94941
Telephone: 415/381-5599
415/381-5572 (fax)

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
JOSEPH H. MELTZER
EDWARD W. CIOLKO
JOSEPH A. WEEDEN
PETER MUHIC
DONNA SIEGEL MOFFA
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

KINOY, TAREN & GERAGHTY P.C.
JEFFREY L. TAREN
224 S. Michigan Avenue, Suite 300
Chicago, IL 60604
Telephone: 312/663-5210
312/663-6663 (fax)

Attorneys for Plaintiffs

258148_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 10, 2010.

       s/ Theodore J. Pintar
THEODORE J. PINTAR

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:    tedp@csgrr.com

258148_1

# Mailing Information for a Case 2:07-cv-05540-AG-AN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael J Agoglia**
  magoglia@mofo.com,rarchuleta@mofo.com,msatlak@mofo.com

- **Nance F Becker**
  nance@chavezgertler.com,jenna@chavezgertler.com,kerri@chavezgertler.com

- **Mark A. Chavez**
  mark@chavezgertler.com,jenna@chavezgertler.com

- **Edward W Ciolko**
  eciolko@btkmc.com,kmarrone@btkmc.com,lloper@btkmc.com,jwotring@btkmc.com

- **Lisa Fialco**
  lisa@chavezgertler.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Wendy Marie Garbers**
  wgarbers@mofo.com,bfuller@mofo.com

- **Jonathan E Gertler**
  jon@chavezgertler.com,jenna@chavezgertler.com,moya@chavezgertler.com

- **Wendy J Harrison**
  wharrison@bffb.com,rcreech@bffb.com,kvanderbilt@bffb.com

- **Garry Klein**
  klein@roddykleinryan.com,pereira@roddykleinryan.com,mcclay@roddykleinryan.com

- **Coty R Miller**
  cmiller@csgrr.com

- **Peter A Muhic**
  pmuhic@btkmc.com

- **Theodore J Pintar**
  tedp@csgrr.com,e_file_sd@csgrr.com

- **John J Stoia , Jr**
  johns@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)